**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

MAR 21 2024

**UNITED STATES OF AMERICA**

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**V.**                                                    INDICTMENT NO. 5:24-cr-28-KKC

**DANIEL GORDIANO-VALENZUELA**

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

## COUNT 1
### 18 U.S.C. § 1956(h)

Beginning in or about August 2022, the exact date being unknown to the Grand Jury, and continuing through on or about the present date, in Fayette County, in the Eastern District of Kentucky, and elsewhere,

**DANIEL GORDIANO-VALENZUELA**

did knowingly conspire and agree with other persons, both known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit:

(a)  to transport, transmit and transfer, and attempt to transport, transmit and transfer a monetary instrument and funds from a place in the United States to and through a place outside the United States with the intent to promote the carrying on of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(A); and

1

(b) to transport, transmit, and transfer, and attempt to transport, transmit, and transfer a monetary instrument or funds involving the proceeds of specified unlawful activity, that is, drug trafficking, from a place in the United States to or through a place outside the United States, knowing that the funds involved in the transportation, transmission, and transfer represented the proceeds of some form of unlawful activity and knowing that such transportation, transmission, and transfer was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i), all in violation of 18 U.S.C. § 1956(h).

A TRUE BILL

████████████████████████

FOREPERSON

_____

**CARLTON S. SHIER, IV**
**UNITED STATES ATTORNEY**

2

## <u>PENALTIES</u>

Not more than 20 years imprisonment, a fine of not more than $500,000, or twice the value of the property involved in the transaction, whichever is greater, and not more than 3 years supervised release.

**PLUS:**             Mandatory special assessment of $100 per felony count.

**PLUS:**             Restitution, if applicable.