**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

**CRIMINAL ACTION NO.** 5:24-cr-28-KKC

**UNITED STATES OF AMERICA** **PLAINTIFF**

**V.**

# MOTION OF UNITED STATES FOR ISSUANCE OF ARREST WARRANT

**DANIEL GORDIANO-VALENZUELA** **DEFENDANT**

* * * * *

The United States moves for the issuance of an arrest warrant for the presence of the Defendant, **DANIEL GORDIANO-VALENZUELA,** returnable forthwith.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By: *s/ G. Todd Bradbury*
G. Todd Bradbury
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4898
Gary.T.Bradbury@usdoj.gov