UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – GENERAL

Case No. 5:24-cr-28-01-KKC-MAS-1
5:24-cr-44-06-KKC-MAS-6    At Frankfort    Date June 28, 2024

USA vs Daniel Gordiano-Valenzuela ___ present _x_ custody ___ bond ___ OR Age ______

PRESENT: HON. EDWARD B. ATKINS, UNITED STATES MAGISTRATE JUDGE

| Jacob Jones | Audio File | Marta Roller | G. Todd Bradbury |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Defendant Jeffrey Darling _x_ present ___retained _x_ appointed

I, Jacob Jones, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file.
KYED-FRK_5-24-cr-28-KKC-MAS-1 & 5-24-cr-44-KKC-MAS-6_20240628_142107

PROCEEDINGS: **DETENTION HEARING**

The parties appeared as noted to continue the detention hearing. United States Probation Officer Brian Rains was also present. The Court confirmed prior receipt of the bond report then the parties announced ready to proceed. The Court heard the sworn testimony of one witness, as well as statements and argument of counsel.

_x_ Oral motion for pretrial detention ___ SUSTAINED ___ DENIED _x_ TAKEN UNDER ADVISEMENT

___ Motion of U.S. for pretrial detention CONTINUED GENERALLY.

_x_ Defendant remanded to custody.

___ Defendant released on conditions.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**

Copies: COR, USP, USM,

Initials of Deputy Clerk jj
TIC for 5:24-cr-28-01 – /36
TIC for 5:24-cr-44-01 – /39